IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 26-cv-01658-RMR-STV
Courtroom Deputy: Sonia Chaplin

Date: September 29, 2026
FTR – Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| YUNIEL PEREZ DELGADO; *et al*, | Yesenia L. Alfonso (by phone)<br>Ismael Jose Labrador (by phone) |
| Plaintiff, | |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; *et al*, | Alicia Megan Walker |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:37 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court on Defendants' [ECF 48] Motion to Stay Discovery (the "Motion").

Arguments by counsel.

**Court in recess: 2:41 p.m.**
**Court in session: 2:43 p.m.**

For the reasons stated on the record, it is:

**ORDERED:** Defendant's [48] Motion is **granted in part and denied in part**. Defendant shall produce the administrative record within **sixty (60) days** from today's Court hearing. No further action is required until the [38] Motion to Dismiss and the [33] Motion for Temporary Restraining Order is decided.

HEARING CONCLUDED.

**Court in recess: 2:51 p.m.**
Total time in court: 00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*